**EXHIBIT A**

***Brady* Letter**

Authored by Lorna E. Port, Deputy Commonwealth's Attorney
County of Augusta, Virginia

Case 5:25-cv-00044-JHY-JCH Document 33-2 Filed 01/12/26 Page 14 of 16
Pageid#: 401

COUNTY OF AUGUSTA
OFFICE OF THE
COMMONWEALTH'S ATTORNEY

Commonwealth's Attorney
Timothy A. Martin

Deputy Commonwealth's Attorneys
Alexandra M. Meador
Lorna E. Port

6 East Johnson Street, First Floor
Staunton, VA 24401
(540) 245-5313
Fax (540) 245-5348

Assistant Commonwealth's Attorneys
Kyle F. Powers
Holly M. Rasheed
Caleb S. Kramer
Hannah E. Harris
Katie L. Grimm
Marykathryn Gielisse
William Sukovich

Defense Counsel,

Commonwealth witness Deputy D Reynolds, Augusta County Sheriff's Office, is a potential witness in the case against your client. Deputy D Reynolds was reported to have made a false statement to Virginia State Police relating to a crime committed by a member of his family in December of 2021.

Respectfully,

Lorna E. Port
Deputy Commonwealth's Attorney
County of Augusta