Case 5:25-cv-00044-JHY-JCH Document 27 Filed 08/11/25 Page 15 of 16 Pageid#: 304

**EXHIBIT B**
**Background Release of Information Waiver**
Nelson County Sheriff's Office
Dated February 20, 2025

NELSON COUNTY SHERIFF'S OFFICE
An equal opportunity employer
P.O. BOX 36, 84 COURTHOUSE SQUARE, LOVINGSTON, VIRGINIA 22949 ~ BUSINESS 434.263.7050 ~FAX 434.263.7056

SHERIFF
M. E. Embrey

**Background Release of Information Waiver**

In connection with this application for employment with the Nelson County Sheriff's Office, I understand that an investigative report may be requested by the Nelson County Sheriff's Office. This report may include information pertaining to my character, education, work history, credit history, motor vehicle records, and criminal information contained within any previous employer, government agency, Federal, State, or Local. This information shall include, but not be limited to, verifying any statements made on my application. I hereby authorize all corporations, companies, credit agencies, educational institutions, persons, law enforcement agencies, military services, and former employers to release information they may have about me to the Nelson County Sheriff's Office or its agents, and do forever release them from any liability or responsibility for doing so to the fullest extent allowed by law from any claims arising from the requested information.

If required, I specifically authorize a credit report to be obtained on myself.

If required, I specifically authorize workers compensation claim information to be obtained on myself by Nelson County Sheriff's Office or its agents.

I recognize and agree that a copy or facsimile of this document shall be as valid as the original and agree that this release shall be valid for this and any future update reports requested.

____________________________
Signature of Applicant

2/20/2025
Date