UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DENNIS B. REYNOLDS,<br>Plaintiff,<br><br>v.<br><br>DONALD L. SMITH,<br>Defendant. | Civil Action No. 5:25-cv-00044 |

# ORDER

This matter is before the Court on the Plaintiff's Objections to the October 21, 2026 Report and Recommendation (Dkt. No. 56) on the Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. No. 53). The Court has reviewed de novo the portions of the Report and Recommendation to which the Plaintiff objects.

The Court finds that the Plaintiff has shown good cause under Federal Rule of Civil Procedure 16(b)(4) and declines to adopt the Report and Recommendation (Dkt. No. 56). It is ORDERED that the Plaintiff's Objections are sustained.

It is further ORDERED that the Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. No. 53) is recommitted to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(C) to decide the Defendant's remaining arguments under Rule 15(a)(2).

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this _____ day of ________________, 2026.

________________________________
United States District Judge