UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

DENNIS B. REYNOLDS,
Plaintiff,

v.

DONALD L. SMITH,
Defendant.

Civil Action No. 5:25-cv-00044

# ORDER

This matter is before the Court on the Plaintiff's Objections to the October 21, 2026 Report and Recommendation (Dkt. No. 56) on the Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. No. 53). The Court has reviewed de novo the portions of the Report and Recommendation to which the Plaintiff objects.

It is ORDERED that the Plaintiff's Objections are sustained as to the recommendation that the motion be denied with prejudice and are otherwise overruled, and that the Report and Recommendation (Dkt. No. 56) is adopted as modified by this Order.

It is further ORDERED that the Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. No. 53) is denied without prejudice. This denial does not determine the merits of Counts III and VIII and does not bar their assertion in a separate action.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this _____ day of ________________, 2026.

______________________________
United States District Judge