UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DENNIS B. REYNOLDS,<br>Plaintiff,<br><br>v.<br><br>DONALD L. SMITH,<br>Defendant. | Civil Action No. 5:25-cv-00044 |

# ORDER

This matter is before the Court on the Plaintiff's Objection to the Order entered October 21, 2026 (Dkt. No. 55), which denied the Plaintiff's motion to extend the discovery deadline (Dkt. No. 46).

It is ORDERED that the Objection is sustained and that the October 21, 2026 Order (Dkt. No. 55) is modified. The Defendant shall serve answers and responses to the written discovery the Plaintiff served before July 21, 2026, within fourteen days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this _____ day of ________________, 2026.

____________________________________
United States District Judge